**Tareeq Muhammad AKBAR,**
**Petitioner–Appellant,**

v.

**56TH DISTRICT COURT,**
**Respondent–Appellee.**

No. 04–41394.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 21, 2005.

Tareeq Muhammad Akbar, Galveston County Jail, Galveston, TX, pro se.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Tareeq Muhammad Akbar, inmate # 255438 in the Galveston County Jail,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

appeals the district court's dismissal of his petition for mandamus. This court will not review Akbar's claims that his due process rights were violated at the revocation hearing, that his arrest for murder was the result of racial profiling, or that his guilty plea was invalid because he did not present these claims to the district court. *See Yohey v. Collins,* 985 F.2d 222, 224 (5th Cir.1993).

Because Akbar did not properly brief his claim that he is being denied a speedy trial, this court will not review that issue. *Id.* Even if this court construes Akbar's brief as raising a speedy trial claim, he is not entitled to mandamus relief on that claim because 28 U.S.C. § 2241 offers him another means of relief once he exhausts his state court remedies. *See Dickerson v. Louisiana,* 816 F.2d 220, 228 (5th Cir. 1987).

Accordingly, the judgment of the district court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.